```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
```

D'ANDRE C. MOORE                                CIVIL ACTION

VERSUS                                          NO. 06-2030

JIM RODGERS ET AL.                              SECTION "R"(3)


## ORDER

Petitioner filed a petition for writ of habeas corpus on May 16, 2006.  On July 3, 2007, the Magistrate Judge issued a Report and Recommendation recommending that the petition be dismissed with prejudice as time-barred.  This Court remanded the matter to the Magistrate Judge for consideration of whether petitioner's claims could be considered timely under 28 U.S.C. § 2244(d)(1)(C) in light of the United States Supreme Court's decision in *Lawrence v. Texas*, 539 U.S. 558 (2003).  On January 10, 2008, the Magistrate Judge issued a supplemental Report and Recommendation in which he found § 2244(d)(1)(C) inapplicable in the instant case, and therefore once again recommended that petitioner's federal habeas petitioner be dismissed as untimely under 28 U.S.C. § 2244(d)(1)(A).

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's original and supplemental Report and Recommendations, and the petitioner's objections to the Magistrate Judge's Report and Recommendations.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's original and supplemental Report and Recommendations as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 20th day of May, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE